United States Courts
Southern District of Texas
FILED
APR 1 1 2018
David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| vs. | § | CRIMINAL NO. |
| CHRISTOPHER BLYSHAK, Defendant. | § § § | '18CR198 |

## MOTION TO SEAL

COMES NOW the United States of America, and files this motion to seal the Indictment returned on the 11th day of April, 2018, against the above-named defendant and this Motion and Order in support thereof would show the following:

I.

The Indictment charges the defendant with Receipt and Possession of Child Pornography (18 U.S.C. § 2252A(a)(2)(B) and 2252A(a)(5)(B)). Law enforcement officers will need to locate and plan the arrest of the defendant. Premature disclosure of the existence of the Indictment is likely to result in flight to avoid arrest and prosecution.

II.

The government respectfully requests that the Indictment returned on April 11, 2018 against the above-named defendant and this Motion and Order be filed under seal (except copies issued to the defendant, defendant's counsel, counsel for the government and federal agents

involved in this investigation), and further requests that the Indictment be unsealed once the defendant has been arrested.

Date:   April 11, 2018

Respectfully submitted,

RYAN K. PATRICK
United States Attorney
Southern District of Texas

By: _____
Sebastian Edwards
Assistant United States Attorney
Attorney-in-Charge
S.D. Tex. ID No.: 2936036
State Bar Nos.:   24032149
1000 Louisiana Street, 24th Floor
Houston, Texas 77002
Tel.: (713) 567-9503; FAX: (713) 718-3303
E-mail:   Sebastian.Edwards@usdoj.gov
*Counsel for the United States of America*