United States District Court
Southern District of Texas
**ENTERED**
April 12, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| vs. | § | CRIMINAL NO. |
| CHRISTOPHER BLYSHAK, Defendants. | § § § | **18CR198** |

### O R D E R

HAVING CONSIDERED the Government's Motion to Seal the Indictment returned on April 11, 2018 against the above-named defendant and the Motion to Seal and this Order in the above numbered cause, it is hereby

**ORDERED** that the government's motion is **GRANTED.**

**IT IS FURTHER ORDERED** that the Indictment will be unsealed upon the arrest of the defendant.

**SIGNED** in Houston, Texas on this the _11th_ day of _April_ 2018.

THE HONORABLE FRANCES H. STACY
UNITED STATES MAGISTRATE JUDGE